**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re Elizabeth Beeton and Don Mafrige

Appellate case number:     01-14-00252-CV

       Relators' reply, if any, to the responses of Real Party in Interest and Respondent to the petition for mandamus is due by 8:30 a.m. on Tuesday, April 1, 2014.

       It is so ORDERED.


Judge's signature:  /s/ Harvey Brown
                          X  Acting individually      ☐  Acting for the Court


Date:  March 28, 2014